**UNITED STATES of America, Appellee,**

v.

**David J. OAKES, Defendant, Appellant.**

No. 01–2071.

United States Court of Appeals, First Circuit.

Oct. 4, 2002.

Douglas J. Beaton, for appellant.

F. Mark Terison, Senior Litigation Counsel, with whom Paula D. Silsby, United States Attorney, was on brief, for appellee.

---

**6**

Before SELYA, Circuit Judge, GIBSON * and GREENBERG,** Senior Circuit Judges.

PER CURIAM.

This sentencing appeal poses a legal question that is materially indistinguishable from that which we recently answered in *United States v. Ahlers,* —— F.3d —— (1st Cir.2002). Based on the holding in *Ahlers,* Oakes's suggested answer to that question must be rejected. Here, moreover, unlike in *Ahlers,* the district court affirmatively found that the facts did not support the departure request. Thus,

even apart from *Ahlers,* the sentence in this case would be unreviewable. *See United States v. Pierro,* 32 F.3d 611, 619 (1st Cir.1994); *United States v. Hilton,* 946 F.2d 955, 957 (1st Cir.1991). For both of these reasons, Oakes's appeal fails.

*Affirmed.*

---

* Of the Eighth Circuit, sitting by designation.

** Of the Third Circuit, sitting by designation.